In the Matter of HAROLD E. RYAN, Appellant, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.

Submitted January 3, 1956; decided February 16, 1956.

*Jacob K. Javits, Attorney-General (Philip J. Fitzgerald* of counsel), for motion to dismiss appeal.

*Thomas A. Robinson* for motion for leave to appeal.

Motion to dismiss appeal taken as of right granted and appeal dismissed.

Motion for leave to appeal denied.